138

PER CURIAM.

(No. 75-CC-105—

MOREHOUSE WELLS COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 4, 1974.*

MOREHOUSE WELLS COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-797—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed October 11, 1974.*

JAMES M. LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.